UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

KHOR CHIN LIM,

    Plaintiff,

  v.

Case No. 11-C-708

SCOTT WALKER, GOH CHOK TONG,
BMO FINANCIAL GROUP,
BMO HARRIS BANK, N.A., and
DOES 1 through 18, inclusive, and their
predecessors, successors and/or assigns,

    Defendants.

**ORDER GRANTING THE CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR SCHEDULING ORDER**

For the reasons set forth in the Civil Local Rule 7.1(h) Expedited Non-Dispositive Motion for Scheduling Order filed by Defendant BMO Financial Group and Defendant BMO Harris Bank, N.A., successor by merger to M&I Marshall & Ilsley Bank, (collectively, "BMO"), which constitute good cause, the Court now enters the following orders:

1.    BMO'S Motion for Scheduling Order is granted.

2.    BMO shall file its response to Plaintiff's First Amended Complaint by September 12, 2011.

**SO ORDERED.**

Dated this 9th day of September 2011.

                                        s/
                                        LYNN ADELMAN
                                        District Judge