UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

KHOR CHIN LIM,

        Plaintiff,

                                    Case No. 11-C-708

    v.

SCOTT WALKER, GOH CHOK TONG,
BMO FINANCIAL GROUP,
BMO HARRIS BANK, N.A., and
DOES 1 through 18, inclusive, and their
predecessors, successors and/or assigns,

        Defendants.

---

## ORDER GRANTING THE CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR SCHEDULING ORDER

---

        For the reasons set forth in the Civil Local Rule 7.1(h) Expedited Non-Dispositive

Motion for Scheduling Order filed by Defendant BMO Financial Group and Defendant BMO

Harris Bank, N.A., successor by merger to M&I Marshall & Ilsley Bank, (collectively, "BMO"),

which constitute good cause, the Court now enters the following orders:

        1.      BMO'S Motion for Scheduling Order is granted.

        2.      BMO shall file its response to Plaintiff's First Amended Complaint by September

12, 2011.

        **SO ORDERED.**

        Dated this 9th day of September 2011.


                                s/ _____
                                LYNN ADELMAN
                                District Judge